RECEIVED
IN LAKE CHARLES, LA
MAR 3 1 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RAYTHOIL WOMACK | CIVIL ACTION NO. 08-577 |
| VS. | SECTION P |
| LOUISIANA DEPARTMENT OF PROBATION & PAROLE, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915(d)(2)(B) and 28 U.S.C. §1915A(b).

**IT IS FURTHER ORDERED** that plaintiff's *habeas corpus* claims be dismissed without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE